**ZIMMERMAN REED LLP**
Hart L. Robinovitch (AZ #020910)
14648 N. Scottsdale Road, Suite 130
Scottsdale, AZ 85254
Telephone: (480) 348-6400
hart.robinovitch@zimmreed.com

*Attorney for Plaintiff*


**ZELMS ERLICH & MACK**
Richard V. Mack, Arizona Bar No. 013313
rmack@zelmserlich.com
Direct: (480) 573-3841
Paul O. Mittelstadt, Arizona Bar No. 029886
paul@zelmserlich.com
Direct: (623) 250-2087
11811 N. Tatum Blvd., Suite 3031
Phoenix, Arizona 85028
Main: (480) 608-2114

*Attorneys for Defendant Arizona Association of Realtors*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Joseph Masiello, individually, and on behalf of those similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Arizona Association of Realtors; et al.,<br><br>    Defendants. | Case No. 2:24-cv-00045-MTL<br><br>**JOINT MOTION TO STAY PROCEEDINGS PENDING DETERMINATION OF MOTION TO TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**<br><br>(FIRST REQUEST) |

1

Plaintiff, individually, and on behalf of those similarly situated (hereinafter, "Plaintiff"), and Defendant Arizona Association of Realtors; Defendant The Phoenix Board of Realtors, Inc., d/b/a The Phoenix Association of Realtors; Defendant Scottsdale Area Association of Realtors; Defendant West and Southeast Realtors of the Valley, Inc.; Defendant Tucson Association of Realtors, Inc.; Defendant HomeSmart Holdings, Inc.; Defendant My Home Group, LLC; Defendant Realty One Group Arizona, Inc.; Defendant Realty Executives, LLC; Defendant Retsy, LLC; Defendant Bortlock, LLC, d/b/a The Brokery; and Defendant Roy H. Long Realty Company, Inc.(hereinafter, "Moving Defendants") (together, the "Parties"), pursuant to LRCiv. 7.3, hereby jointly move the Court for its order staying all proceedings and deadlines in this action until the U.S. Judicial Panel on Multidistrict Litigation rules on the pending motion to transfer under 28 U.S.C. § 1407. *See generally* MDL No. 3100. In support of this joint motion, the Parties provide as follows:

WHEREAS, Plaintiff filed a Class Action Complaint (the "Complaint") [Doc. 1] against Moving Defendants and others on January 5, 2024;

WHEREAS, the Complaint generally alleges a violation of Section 1 of the Sherman Act and a violation of Arizona's Uniform State Antitrust Act, based generally on allegations of a conspiracy concerning real estate transactions [Doc. 1 at 25-26];

WHEREAS, as of the date of this filing, this action is one of nineteen (19) known putative class actions alleging similar conspiracies under Section 1 of the

Sherman Act presently pending in twelve (12) federal districts throughout the country [MDL 3100, Doc. 196-1, attached hereto as Exhibit 1];

WHEREAS, on December 27, 2023, the plaintiffs in two actions pending outside of this Court—*Gibson v. Nat'l Ass'n of Realtors, et al.*, Case No. 4:23-cv-00788 (W.D. Mo.), and *Umpa v. Nat'l Ass'n of Realtors, et al.*, Case No. 4:23-cv-00945 (W.D. Mo.)—filed a motion pursuant to 28 U.S.C. § 1407 (the "MDL Motion") before the U.S. Judicial Panel on Multidistrict Litigation (the "Panel") to transfer nine cases pending in seven different U.S. District Courts to the U.S. District Court for the Western District of Missouri for coordinated or consolidated pretrial proceedings [MDL No. 3100, Doc. 1, attached hereto as Exhibit 2];

WHEREAS, on January 5, 2024, the Clerk of the Panel issued a briefing schedule by way of a "Text Only Notice" that requires Responses to the MDL Motion be filed on or before January 26, 2024, and Replies thereto to be filed on or before February 2, 2024 [MDL No. 3100, Doc. 4];

WHEREAS, on January 23, 2024, this action, among others, was identified for the Panel as a Related Action and, on January 26, 2024, Plaintiff filed an Interested Party Response in Support of Transfer and Consolidation of Related Actions to the Western District of Missouri Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings with the Panel [MDL No. 3100, Doc. 286, attached hereto as Exhibit 3];

WHEREAS Moving Defendants may file or have filed replies with respect to the MDL motion;

WHEREAS, Plaintiff and Moving Defendants have conferred and agree that judicial efficiency would be best served by suspending, for a short period of time, the deadline for all Defendants to answer, move to dismiss, or otherwise respond to the Complaint;

WHEREAS, any delay arising from a stay is likely to be short, and no significant prejudice to Plaintiff would result from a short stay;

WHEREAS, a stay is likely to conserve judicial resources, as well as the Parties' resources, until the Panel decides whether (and if so, where) to transfer the cases for coordinated or consolidated proceedings;

WHEREAS, in making this Stipulation, Moving Defendants do not waive, in this or any other action, any (i) defenses or arguments for dismissal that may be available under Fed. R. Civ. P. 12; (ii) affirmative defenses under Fed. R. Civ. P. 8; (iii) other statutory or common law defenses that may be available; or (iv) rights to seek or oppose any reassignment, transfer, or consolidated alternatives. Moving Defendants expressly reserve their rights to raise any such defenses (or any other defenses) in response to either the Complaint or any original, amended, or consolidated complaint that may be filed in this or any other action;

WHEREAS, neither Plaintiff nor Moving Defendants waives any objections to the MDL Motion and expressly reserves his/their rights to oppose the motion, to argue

that this case be excluded from consolidation, or to argue that related cases should be transferred to a U.S. District Court other than the Western District of Missouri;

WHEREAS, Moving Defendants do not waive any rights to arbitration or other forms of alternative dispute resolution, and expressly reserve and assert, and do not waive, their binding arbitration or other forms of alternative dispute resolution rights. Moving Defendants reserve the right to file formal motions asserting these rights at each phase of litigation;

WHEREAS, Moving Defendants do not waive any rights to enforce provisions of any applicable agreements including class waiver provisions and/or limitations periods, and expressly reserve and assert, and do not waive, their binding and enforceable rights. Moving Defendants reserve the right to file formal motions asserting these rights at each phase of litigation;

WHEREAS, Defendants other than the Moving Defendants have been named in this suit but have not been served and/or have not appeared in the action. Those non-moving Defendants are Defendant West USA Realty, Inc.; Defendant Hague Partners Holdings, LLC; Defendant Valley Metro Investments, Inc., d/b/a Arizona Best Real Estate; Corduroy IP, LLC, d/b/a North&Co.; Defendant Silverleaf Realty, LLC; and Defendant Walt Danley Realty, LLC, d/b/a Walt Danley Local Luxury Christie's International Real Estate; and Defendant Tierra Antigua Realty, LLC. As a result of the non-moving Defendants' lack of involvement in the case to date, Plaintiff and the Moving Defendants have been unable to determine their position as

it regards this Motion. Plaintiff and Moving Defendants assert that the non-moving Defendants would not be prejudiced by a stay of the litigation until the MDL Motion is resolved and that judicial economy is best served by a stay.

THEREFORE, Plaintiff and Moving Defendants request that that this Court enter an Order suspending the deadline for all Defendants to answer, move to dismiss, or otherwise respond to the Complaint until thirty (30) days after the Panel rules on the pending MDL Motion in the event the motion to transfer this action is denied. In the event that said motion to transfer is granted, the parties shall confer on an appropriate deadline to file an answer or other responsive pleading to Plaintiff's Complaint, accounting for any case management order schedule established by the transferee court. Plaintiff and Moving Defendants request that the Court enter the accompanying proposed order pursuant to this Joint Motion.

SUBMITTED this 2nd day of February, 2024.

Presented by:

**ZIMMERMAN REED LLP**

/s/ *Hart L. Robinovitch (with permission)*
Hart L. Robinovitch (AZ #020910)
14648 N. Scottsdale Road, Suite 130
Scottsdale, AZ 85254
Telephone: (480) 348-6400
hart.robinovitch@zimmreed.com

*Attorney for Plaintiff*

6

| | |
|---|---|
| **ZELMS ERLICH & MACK** | **WEIL GOTSHAL & MANGES LLP** |
| /s/ *Richard V. Mack* <br> Richard V. Mack, SBN 013313 <br> Paul O. Mittelstadt, SBN 029886 <br> 11811 N. Tatum Blvd., Ste. 3031 <br> Phoenix, AZ 85028 <br> Main: (480) 608-2114 <br> rmack@zelmserlich.com <br> paul@zelmserlich.com <br><br> *Attorneys for Defendant Arizona Association of Realtors* | /s/ *Adam Hemlock (with permission)* <br> Adam Hemlock <br> Robert Taylor <br> 767 Fifth Avenue <br> New York, NY 10153 <br> (212) 310-8281 <br> adam.hemlock@weil.com <br> robert.taylor@weil.com <br><br> *Attorneys for Defendant Arizona Association of Realtors* <br> *Pro Hac Vice Pending* |
| **JENNINGS HAUG KELEHER MCLEOD** | **DICKINSON WRIGHT PLLC** |
| /s/ *Michael H. Orcutt (with permission)* <br> Michael H. Orcutt, SBN 025668 <br> John J. Browder, SBN 021007 <br> 2800 N. Central Ave., Suite 1800 <br> Phoenix, AZ 85004 <br> Main: (602) 234-7800 <br> mho@JHKMlaw.com <br> jjb@JHKMlaw.com <br><br> *Attorneys for Defendant My Home Group, LLC* | /s/ *Stephen E. Richman (with permission)* <br> Stephen E. Richman, SBN 007489 <br> Vail C. Cloar, SBN 032011 <br> 1850 N. Central Ave., Ste. 1400 <br> Phoenix, AZ 85004 <br> Main: (602) 285-5000 <br> srichman@dickinson-wright.com <br> vcloar@dickinson-wright.com <br><br> *Attorneys for Defendant Realty Executives, LLC* |

| | |
|---|---|
| **GREENBERG TRAURIG, LLP**<br><br>/s/ *Nicole M. Goodwin (with permission)*<br>Nicole M. Goodwin, SBN 024593<br>Matthew P. Hoxsie, SBN 034952<br>2375 E. Camelback Rd., Ste. 800<br>Phoenix, AZ 85016<br>Main: (602) 445-8000<br>nicole.goodwin@gtlaw.com<br>hoxsiem@gtlaw.com<br><br>*Attorneys for Defendant Retsy, LLC* | **JONES, SKELTON & HOCHULI, P.L.C**<br><br>/s/ *John D. Lierman (with permission)*<br>John D. Lierman, SBN 030588<br>40 N. Central Ave., Ste. 2700<br>Phoenix, AZ 85004<br>Main: (602) 263-1700<br>JLierman@jshfirm.com<br><br>*Attorneys for Defendant Bortlock, LLC d/b/a The Brokery* |
| **COHEN DOWD QUIGLEY**<br><br>/s/ *Daniel G. Dowd (with permission)*<br>Daniel G. Dowd, SBN 012115<br>Betsy J. Lamm, SBN 025587<br>The Camelback Esplanade One<br>2425 E. Camelback Rd., Ste. 1100<br>Phoenix, AZ 85016<br>Main: (602) 252-8400<br>ddowd@CDQlaw.com<br>blamm@CDQlaw.com<br><br>*Attorneys for Defendant The Phoenix Board of Realtors, Inc., d/b/a The Phoenix Association of Realtors; Defendant Scottsdale Area Association of Realtors; and Defendant West and Southeast Realtors of the Valley, Inc* | **GOOD LAW, P.C.**<br><br>/s/ *Gregory E. Good (with permission)*<br>Gregory E. Good, SBN 014445<br>3430 E. Sunrise Dr., Ste. 270<br>Tucson, AZ 85718<br>Main: (520) 628-8221<br>good@goodlaw.net<br><br>*Attorneys for Defendant Tucson Association of Realtors, Inc* |

| | |
|---|---|
| **FREEMAN MATHIS & GARY LLP**<br><br>/s/ *Megan E. Ritenour (with permission)*<br>Megan E. Ritenour, SBN 034677<br>4343 N. Scottsdale Rd., Ste. 150<br>Scottsdale, AZ 85251<br>(602) 805-9564<br>megan.ritenour@fmglaw.com<br><br>/s/ *Scott E. Anderson (with permission)*<br>Scott E. Anderson<br>*pro hac vice application forthcoming*<br>Jacob S. Madsen<br>*pro hac vice application forthcoming*<br>Matt N. Foree<br>*pro hac vice application forthcoming*<br>Cameron Regnery<br>*pro hac vice application forthcoming*<br>100 Galleria Pkwy, Ste. 1600<br>Atlanta, GA 30339<br>Main: (770) 818-0000<br>scott.anderson@fmglaw.com<br>jacob.madsen@fmglaw.com<br>mforee@fmglaw.com<br>cameron.regnery@fmglaw.com<br><br>*Attorneys for Defendant HomeSmart Holdings, Inc.* | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br><br>/s/ *Leo D. Caseria (with permission)*<br>Leo D. Caseria<br>Ann M. O'Brien<br>Christopher Loveland<br>20999 Pennsylvania Ave NW, Ste. 100<br>Washington, DC 20006<br>Main: (202) 747-1900<br>lcaseria@sheppardmullin.com<br>aobrien@sheppardmullin.com<br>cloveland@sheppardmullin.com<br><br>/s/ *Helen C. Eckert (with permission)*<br>Helen C. Eckert<br>Four Embarcadero Center, 17th Fl<br>San Francisco, CA 94111<br>Main: (415) 434-9100<br>heckert@sheppardmullin.com<br><br>*Attorneys for Defendant Realty One Group Arizona, Inc*<br>*Pro hac vices forthcoming* |

| THE CAVANAGH LAW FIRM PA | MACGILL PC |
|---|---|
| /s/ *Bradley James Johnston (with permission)* <br> Bradley James Johnston, SBN 015832 <br> William Preston Haynes, SBN 037569 <br> 1850 N. Central Ave., Ste. 1900 <br> Phoenix, AZ 85004 <br> Main: (602) 322-4000 <br> bjohnston@cavanaghlaw.com <br> whaynes@cavanaghlaw.com <br><br> *Attorneys for Defendant Roy H. Long Realty Company, Inc., d/b/a Long Realty* | /s/ *Matthew Ciulla (with permission)* <br> Matthew Ciulla <br> *pro hac vice application forthcoming* <br> Robert C. MacGill <br> *pro hac vice application forthcoming* <br> 156 E. Market St., 12th Fl. <br> Indianapolis, IN 46204 <br> Main: (317) 961-5086 <br> matthew.ciulla@macgilllaw.com <br> robert.macgill@macgilllaw.com <br><br> *Attorneys for Defendant Roy H. Long Realty Company, Inc., d/b/a Long Realty* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of February 2024, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record:

/s/ *Rachel Swihart*