# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Masiello,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Arizona Association of Realtors, et al.,<br><br>　　　　Defendants. | No. CV-24-00045-PHX-MTL<br><br>**ORDER** |

　　　By way of national news, it has been brought to the Court's attention that the lawsuit involving the National Association of Realtors has reached a national settlement.

　　　Accordingly,

　　　**IT IS ORDERED** that the parties shall file a joint status report with this Court, within seven days of this Order, indicating whether this action is part of that national settlement, or if that national settlement has any impact on this action.

　　　Dated this 21st day of March, 2024.

Michael T. Liburdi
United States District Judge