# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Masiello, | No. CV-24-00045-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Arizona Association of Realtors, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 455(a), I hereby recuse myself from any further action in the above-captioned matter and order this case to be reassigned, by random draw, to another Judge in the District of Arizona. I am informed by the Clerk of the Court that Senior Judge Roslyn O. Silver has been drawn, accordingly,

**IT IS HEREBY ORDERED** that this matter is reassigned to the Honorable Roslyn O. Silver, United States District Judge. All future pleadings and papers submitted for filing shall bear the following complete case number: CV-24-00045-PHX-ROS.

Dated this 22nd day of March, 2024.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge