Leo D. Caseria *(admitted pro hac vice)*
DC Bar No. 1655936
Ann M. O'Brien *(admitted pro hac vice)*
DC Bar No. 469594
Christopher M. Loveland *(admitted pro hac vice)*
DC Bar No. 473969
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Ave., NW, Suite 100
Washington, DC 20006
lcaseria@sheppardmullin.com
aobrien@sheppardmullin.com
cloveland@sheppardmullin.com
Telephone: (202) 747-1900
Facsimile:  (202) 747-1901

Attorneys for Defendant Realty One Group Arizona, Inc

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# PHOENIX DIVISION

| | |
|---|---|
| Joseph Masiello, individually, and on behalf of those similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Arizona Association of Realtors; et al.,<br><br>    Defendants. | Case No. CV-24-00045-PHX-ROS<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's March 21, 2024 Order (ECF No. 53), Plaintiff Joseph Masiello, individually and on behalf of those similarly situated, and Defendants Arizona Association of Realtors; The Phoenix Board of Realtors, Inc., d/b/a The Phoenix Association of Realtors; Scottsdale Area Association of Realtors; West and Southeast Realtors of the Valley, Inc.; Tucson Association of Realtors, Inc.; HomeSmart Holdings, Inc.; My Home Group, LLC; Realty One Group Arizona,

Inc.; Realty Executives, LLC; Retsy, LLC; Bortlock, LLC, d/b/a The Brokery; and Roy H. Long Realty Company, Inc., d/b/a Long Realty (collectively, the "Parties") respectfully submit this Joint Status Report regarding the scope of the National Association of Realtors ("NAR") Settlement Agreement and its impact on this action.

1. On March 15, 2024, NAR reached a settlement with the plaintiffs in the following four actions: *Burnett v. National Association of Realtors*, No. 19-cv-00332 (W.D. Mo.) ("*Burnett*"); *Moehrl v. The National Association of Realtors*, No. 19-cv-01610 (N.D. Ill.); *Gibson v. National Association of Realtors*, No. 23-cv-00788 (W.D. Mo.); and *Umpa v. National Association of Realtors*, No. 23-cv-00945 (W.D. Mo.) (the "NAR Settlement Agreement").

2. The NAR Settlement Agreement, which remains subject to approval by the court in *Burnett* under Rule 23 of the Federal Rules of Civil Procedure, would release NAR and various third-party beneficiaries on a class-wide basis from federal and state claims by home sellers nationwide, including but not limited to claims based on commissions in connection with the sale of any residential home.

3. If approved by the court in *Burnett*, the NAR Settlement Agreement will release some defendants in cases that have been filed throughout the United States (the "national cases"), provided that those defendants, among other things, implement certain practice changes outlined in the NAR Settlement Agreement.

4. The NAR Settlement Agreement further includes a mechanism by which certain other defendants in the national cases can "opt into" the settlement.

5. The NAR Settlement Agreement also specifically excludes some of the defendants in the national cases.

6. Certain defendants in this action may be released and dismissed with prejudice upon final approval of the NAR Settlement Agreement.

7. It currently is not clear which defendants in this case ultimately will be covered by the NAR Settlement Agreement and, if not covered, which defendants may opt into the NAR Settlement Agreement.

8. This case currently is stayed for thirty (30) days after a ruling by the U.S. Judicial Panel on Multidistrict Litigation on the motion to transfer this action (ECF No. 39). The Parties expect that they will have a better understanding as to which of the defendants in this case may be included in the NAR Settlement Agreement by the time the stay is lifted.

Respectfully submitted:

| ZIMMERMAN REED LLP | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
|---|---|
| /s/ *Hart L. Robinovitch (w/permission)* <br> Hart L. Robinovitch, SBN 020910 <br> 14648 N. Scottsdale Road, Suite 130 <br> Scottsdale, AZ 85254 <br> Telephone: (480) 348-6400 <br> hart.robinovitch@zimmreed.com <br><br> *Attorney for Plaintiff* | /s/ *Leo D. Caseria* <br> Leo D. Caseria *(pro hac vice)* <br> Ann M. O'Brien *(pro hac vice)* <br> Christopher Loveland *(pro hac vice)* <br> 2099 Pennsylvania Ave., NW, Ste. 100 <br> Washington, DC 20006 <br> Telephone: (202) 747-1900 <br> lcaseria@sheppardmullin.com <br> aobrien@sheppardmullin.com <br> cloveland@sheppardmullin.com <br><br> Helen C. Eckert *(pro hac vice)* <br> Four Embarcadero Center, 17th Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 434-9100 <br> heckert@sheppardmullin.com <br><br> *Attorneys for Defendant Realty One Group Arizona, Inc.* |

SMRH:4888-7545-7202.1

| | | |
|---|---|---|
| 1 | **JENNINGS HAUG KELEHER MCLEOD** | **ZELMS ERLICH & MACK** |
| 2 | | |
| 3 | /s/ *Michael H. Orcutt (w/permission)* | /s/ *Richard V. Mack (w/permission)* |
| 4 | Michael H. Orcutt, SBN 025668 | Richard V. Mack, SBN 013313 |
| | John J. Browder, SBN 021007 | Paul O. Mittelstadt, SBN 029886 |
| 5 | 2800 N. Central Ave., Suite 1800 | 11811 N. Tatum Blvd., Ste. 3031 |
| 6 | Phoenix, AZ 85004 | Phoenix, AZ 85028 |
| 7 | Main: (602) 234-7800 | Main: (480) 608-2114 |
| | mho@JHKMlaw.com | rmack@zelmserlich.com |
| 8 | jjb@JHKMlaw.com | paul@zelmserlich.com |
| 9 | *Attorneys for Defendant My Home Group, LLC* | *Attorneys for Defendant Arizona Association of Realtors* |
| 10 | | |
| 11 | **DICKINSON WRIGHT PLLC** | **WEIL GOTSHAL & MANGES LLP** |
| 12 | | |
| 13 | /s/ *Stephen E. Richman (w/permission)* | /s/ *Adam Hemlock (w/permission)* |
| 14 | Stephen E. Richman, SBN 007489 | Adam Hemlock |
| | Vail C. Cloar, SBN 032011 | Robert Taylor |
| 15 | 1850 N. Central Ave., Ste. 1400 | 767 Fifth Avenue |
| 16 | Phoenix, AZ 85004 | New York, NY 10153 |
| 17 | Main: (602) 285-5000 | (212) 310-8281 |
| | srichman@dickinson-wright.com | adam.hemlock@weil.com |
| 18 | vcloar@dickinson-wright.com | robert.taylor@weil.com |
| 19 | *Attorneys for Defendant Realty Executives, LLC* | *Attorneys for Defendant Arizona Association of Realtors Pro Hac Vice Pending* |

-4-

SMRH:4888-7545-7202.1

| | | |
|---|---|---|
| 1 | **JONES, SKELTON & HOCHULI, P.L.C** | **GREENBERG TRAURIG, LLP** |
| 2 | | |
| 3 | /s/ *John D. Lierman (w/permission)* | /s/ *Nicole M. Goodwin (w/permission)* |
| | John D. Lierman, SBN 030588 | Nicole M. Goodwin, SBN 024593 |
| 4 | 40 N. Central Ave., Ste. 2700 | Matthew P. Hoxsie, SBN 034952 |
| 5 | Phoenix, AZ 85004 | 2375 E. Camelback Rd., Ste. 800 |
| | Main: (602) 263-1700 | Phoenix, AZ 85016 |
| 6 | JLierman@jshfirm.com | Main: (602) 445-8000 |
| 7 | | nicole.goodwin@gtlaw.com |
| 8 | *Attorneys for Defendant Bortlock, LLC d/b/a The Brokery* | hoxsiem@gtlaw.com |
| 9 | | *Attorneys for Defendant Retsy, LLC* |
| 10 | **GOOD LAW, P.C.** | **COHEN DOWD QUIGLEY** |
| 11 | /s/ *Gregory E. Good (w/permission)* | /s/ *Daniel G. Dowd (w/permission)* |
| 12 | Gregory E. Good, SBN 014445 | Daniel G. Dowd, SBN 012115 |
| | 3430 E. Sunrise Dr., Ste. 270 | Betsy J. Lamm, SBN 025587 |
| 13 | Tucson, AZ 85718 | The Camelback Esplanade One |
| 14 | Main: (520) 628-8221 | 2425 E. Camelback Rd., Ste. 1100 |
| 15 | good@goodlaw.net | Phoenix, AZ 85016 |
| | | Main: (602) 252-8400 |
| 16 | *Attorneys for Defendant Tucson Association of Realtors, Inc* | ddowd@CDQlaw.com |
| 17 | | blamm@CDQlaw.com |
| 18 | **THE CAVANAGH LAW FIRM PA** | *Attorneys for Defendant The Phoenix Board of Realtors, Inc., d/b/a The Phoenix Association of Realtors; Defendant Scottsdale Area Association of Realtors; and Defendant West and Southeast Realtors of the Valley, Inc* |
| 19 | | |
| 20 | /s/ *Bradley James Johnston (w/permission)* | |
| 21 | Bradley James Johnston, SBN 015832 | |
| 22 | William Preston Haynes, SBN 037569 | |
| 23 | 1850 N. Central Ave., Ste. 1900 | |
| | Phoenix, AZ 85004 | |
| 24 | Main: (602) 322-4000 | |
| 25 | bjohnston@cavanaghlaw.com | |
| | whaynes@cavanaghlaw.com | |
| 26 | | |
| 27 | *Attorneys for Defendant Roy H. Long Realty Company, Inc., d/b/a Long Realty* | |
| 28 | | |

SMRH:4888-7545-7202.1

| | |
|---|---|
| **MACGILL PC** | **FREEMAN MATHIS & GARY LLP** |
| /s/ *Matthew Ciulla (w/permission)* | |
| Matthew Ciulla | /s/ *Megan E. Ritenour (w/permission)* |
| Robert C. MacGill | Megan E. Ritenour, SBN 034677 |
| 156 E. Market St., 12th Fl. | 4343 N. Scottsdale Rd., Ste. 150 |
| Indianapolis, IN 46204 | Scottsdale, AZ 85251 |
| Main: (317) 961-5086 | (602) 805-9564 |
| matthew.ciulla@macgilllaw.com | megan.ritenour@fmglaw.com |
| robert.macgill@macgilllaw.com | |
| | Scott E. Anderson |
| *Attorneys for Defendant Roy H. Long Realty Company, Inc., d/b/a Long Realty* | Jacob S. Madsen |
| | Matt N. Foree |
| | Cameron Regnery |
| | 100 Galleria Pkwy, Ste. 1600 |
| | Atlanta, GA 30339 |
| | Main: (770) 818-0000 |
| | scott.anderson@fmglaw.com |
| | jacob.madsen@fmglaw.com |
| | mforee@fmglaw.com |
| | cameron.regnery@fmglaw.com |
| | |
| | *Attorneys for Defendant HomeSmart Holdings, Inc.* |

SMRH:4888-7545-7202.1