Hart L. Robinovitch (AZ #020910)
Ryan J. Ellersick (AZ #038805)
ZIMMERMAN REED LLP
14648 N. Scottsdale Road, Suite 130
Scottsdale, AZ 85254
Telephone: (480) 348-6400
hart.robinovitch@zimmreed.com
ryan.ellersick@zimmreed.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Masiello,<br><br>                Plaintiff,<br><br>v.<br><br>Arizona Association of Realtors, et al.,<br><br>                Defendants. | Case No.: 2:24-cv-00045-ROS<br><br>**PROOF OF SERVICE** |

– 1 –

I hereby certify that Dkt. No. 55 Order was electronically served via the Court's CM/ECF system on counsel of record except for the following defendants to whom a copy of which was mailed on March 29, 2024 by first class mail to the addresses listed below:

| Defendant | c/o Statutory Agent |
|---|---|
| My Home Group, LLC | Jereme Kleven<br>8360 E Raintree Dr #120<br>Scottsdale, AZ 85260 |
| West USA Realty, Inc. | Clinton Fouts<br>2355 W. Utopia Road<br>Phoenix, AZ 85027 |
| Valley Metro Investments, Inc., d/b/a Arizona Best Real Estate | JWSA LLC<br>3200 N. Central Ave., Suite 2000<br>Phoenix, AZ 85012 |
| Corduroy IP, LLC, d/b/a North&Co. | Brian North<br>3335 N. Rose Circle Dr.<br>Phoenix, AZ 85018 |
| Tierra Antigua Realty, LLC | Kimberly Clifton<br>1650 E. River Road, #202<br>Tucson, AZ 85718 |

Respectfully submitted,

**ZIMMERMAN REED LLP**

Dated: March 29, 2024     By:   /s/ Hart Robinovitch
Hart L. Robinovitch
Ryan J. Ellersick
14648 N. Scottsdale Road, Suite 130
Scottsdale, AZ 85254
Telephone: (480) 348-6400
hart.robinovitch@zimmreed.com
ryan.ellersick@zimmreed.com

*Attorneys for Plaintiff*