# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Masiello, | No. CV-24-00045-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Arizona Association of Realtors, et al., | |
| Defendants. | |

The Court having reviewed the Stipulated Motion to Stay Proceedings as to Roy H. Long Realty Company, Inc. (Doc. 69), and good cause appearing,

**IT IS ORDERED** that the Stipulated Motion to Stay is **GRANTED**. The above-captioned litigation shall remain stayed as to Defendant Roy H. Long Realty Company, Inc., through 30 days following a determination on final approval of the Settlement Agreement in *Burnett et al. v. National Association of Realtors, et al.;* Case No. 4:19-cv-00332-SRB (W.D. Mo.) or further order of this Court.

Dated this 22nd day of July, 2024.

Douglas L. Rayes
Senior United States District Judge