# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Masiello,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Arizona Association of Realtors, et al.,<br><br>　　　　　Defendants. | No. CV-24-00045-PHX-DLR<br><br>**ORDER** |

　　　　Before the Court is the Stipulated Motion to Drop and Dismiss Defendant Realty One Group Arizona, Inc. With Prejudice (the "Stipulated Motion") (Doc. 79) filed by Plaintiff Joseph Masiello ("Plaintiff") and Defendant Realty One Group Arizona, Inc. ("Realty One Group"). The Stipulated Motion seeks to drop and dismiss Realty One Group from this case with prejudice as a result of the final approval of the nationwide settlement entered into by Realty One Group in *Gibson v. Nat'l Ass'n of Realtors, et al.*, Case No. 4:23-cv-00788-SRB (W.D. Mo.). The Court having reviewed and considered the Stipulated Motion, and good cause appearing;

　　　　**IT IS ORDERED** that the Stipulated Motion (Doc. 79) is **GRANTED**. Defendant Realty One Group shall be **DISMISSED WITH PREJUDICE** from this action, pursuant to Federal Rule of Civil Procedure 21. Plaintiffs and Realty One Group shall bear their own costs and expenses incurred in this action.

　　　　Dated this 5th day of December, 2024.

Douglas L. Rayes
Senior United States District Judge